**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE H. PACHECO, ) | No. C 13-5339 SBA (PR) |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| CALIFORNIA MEDICAL FACILITY, ) | |
| Defendant. ) | |

Plaintiff, who is currently housed at the California Medical Facility, has filed a consent to magistrate judge jurisdiction in this civil rights matter under 42 U.S.C. § 1983. Dkt. 4.

The Clerk of the Court shall randomly reassign this matter to a magistrate judge.

IT IS SO ORDERED.

DATED: 1/17/2014

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.13\Pacheco5339.reassign2MAGjudge.frm