**United States District Court**
For the Northern District of California

1

2

3                      UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5                            EUREKA DIVISION

6

7    JOSE PACHECO,
                                              No. C 13-5339 NJV (PR)
8              Plaintiff,
                                              **ORDER OF DISMISSAL**
9         v.

10   CALIFORNIA MEDICAL FACILITY,

11             Defendant.

12   _____/

13

14        This case was opened when plaintiff filed a complaint that did not specify the nature

15   of his claim.  In an effort to protect his rights, the court filed the complaint as a new case.

16   On December 16, 2013, the court informed plaintiff that he had filed a blank complaint and

17   gave plaintiff twenty-eight days to file a proper complaint.  The twenty-eight days have

18   passed and plaintiff has not filed a complaint.

19        This case is therefore **DISMISSED** without prejudice.  The motions to proceed IFP

20   and to appoint counsel (Docket Nos. 2, 6) are **DENIED**.  No fee is due.  The clerk shall

21   close the file.

22        **IT IS SO ORDERED.**

23   Dated: January 28, 2014.

                                          _____
                                          NANDOR J. VADAS
24                                        United States Magistrate Judge

25

     G:\PRO-SE\NJV\CR.13\Pacheco5339.dsm-compl.wpd
26

27

28

**United States District Court**
For the Northern District of California

1   UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF CALIFORNIA

3   EUREKA DIVISION

4

5

6   JOSE PACHECO,                                    No.  1:13-CV-5339 NJV (pr)

7            Plaintiff,

8        v.                                          CERTIFICATE OF SERVICE

9   CALIFORNIA MEDICAL FACILITY,

10           Defendant.
    _____/

11

12

13       I, the undersigned, hereby certify that on January 28, 2014, I SERVED a true and correct

copy of the attached by placing said copy in a postage paid envelope addressed to the person(s)

listed below, by depositing said envelope in the U.S. Mail.

14

15

16

Jose H. Pacheco
17  C-42986
California Medical Facility
18  M-114 UP
P.O. Box 2000
19  Vacaville, CA 95696-2000

20                                                   /s/ Linn Van Meter
                                                     _____
21
                                                          Linn Van Meter
22                                                    Administrative Law Clerk to
                                                     the Honorable Nandor J. Vadas
23

24

25

26

27

28

2